**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| BIRKENSTOCK US BIDCO, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>AMAZING COSY, et al.,<br><br>     Defendants. | Case No. 25-cv-09495<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on September 25, 2025 [47], in favor of Plaintiff Birkenstock US Bidco, Inc. ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of fifty thousand dollars ($50,000) per Defaulting Defendant for willful use of counterfeit BIRKENSTOCK Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| HHengY | 13 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 19th day of March 2026.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Hannah Dawson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
hdawson@gbc.law

*Counsel for Plaintiff Birkenstock US Bidco, Inc.*

2